# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 8:10-cr-338-T-33TBM

GEORGE PIZANO, JR.

_____

**Order Reducing Defendant's Prison Term Under 18 U.S.C. § 3582(c)(2) Based on USSG Amend. 782**

This matter comes before the Court upon the filing of Defendant's Motion for Sentence Reduction Based on Amendment 782. (Doc. # 111). The United States Probation Office filed its Amendment 782 Memorandum on October 17, 2016. (Doc. # 117). The October 17, 2016, Amendment 782 Memorandum indicates that Defendant is eligible for a sentence reduction. (Id.). Specifically, the Amendment 782 Memorandum indicates that Defendant is eligible for a 2-level reduction that results in an offense level of 33, criminal history category of IV, with a guideline range of 188 to 235 months as to Count I. (Id.). The Amendment 782 Memorandum further indicates that Defendant previously received a Rule 35 reduction, which reduced his sentence from 240 months to 144 months. Thus, a comparable 39% reduction would result in a term of imprisonment of 115 months.

The Court agrees that Defendant is eligible for a reduction and, pursuant to its discretionary authority under 18 U.S.C. § 3582(c)(2)

1

and USSG § 1B1.10, grants a sentence reduction consistent with the October 17, 2016, Amendment 782 Memorandum. Having reviewed the facts in both the original presentence investigation report and the October 17, 2016, Memorandum from the United States Probation Office in light of the factors in 18 U.S.C. § 3553(a), the need to consider the nature and seriousness of any danger posed by a reduction, see USSG § 1B1.10, comment (n.1(B)(ii)), and the pending Motion, the Court finds that a reduction of 29 months is warranted. If circumstances warrant, the Court may revisit this matter.

Thus:

(1) The Court grants the Defendant's Motion for a sentence reduction (Doc. # 111).

(2) The Court reduces the Defendant's prison term from 144 months to 115 months or time served, whichever is greater, as to Count I.

(3) Except as otherwise provided, all provisions of the Judgment dated October 7, 2014, shall remain in effect.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 18th day of October, 2016.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE